IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for HABERSHAM BANK, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO.: |
| v. | ) ) | 2:14-cv-29-WCO |
| DAVID D. STOVALL, EDWARD D. ARIAIL, BONNIE C. BOWLING, MICHAEL C. MARTIN, MICHAEL L. OWEN, M. EDWARD HOYLE, FRANK E. FELKER, and ANDREW COKER, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

NOW COME Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal of this civil action with prejudice, each party to bear its own costs.

This 24th day of September, 2015.

**[SIGNATURES ON NEXT PAGE]**

/s/ George P. Shingler
George P. Shingler
Georgia Bar No. 642850
Joyce Gist Lewis
Georgia Bar No. 296261
**SHINGLER LEWIS LLC**
1230 Peachtree Street, Suite 1075
Atlanta, Georgia 30309
Phone: (404) 907-1999
gshingler@shinglerlewis.com
jlewis@shinglerlewis.com
**Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Habersham Bank**

/s/ Robert R. Long
Robert R. Long
Georgia Bar Number 141546
*robert.long@alston.com*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
**Attorney for Defendants Stovall, Ariail, Bowling, Martin, Owen, Hoyle and Felker**

/s/W. Scott Sorrels
W. Scott Sorrels
**SUTHERLAND ASBILL & BRENNAN LLP**
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309-3996
**Attorney for Defendant Coker**